**THOMPSON COBURN LLP**
**KACEY R. RICCOMINI, CSB CA - 292340**
**kriccomini@thompsoncoburn.com**
**EMILY R. LAPP, CSB CA – 350051**
**elapp@thompsoncoburn.com**
**10100 Santa Monica Blvd., Suite 500**
**Los Angeles, California 90067**
**Tel: 310.282.2500 / Fax: 310.282.2501**

Attorneys for Defendant, **CHARTER COMMUNICATIONS, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PLIEGO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware Limited Liability Company; KISHA WRIGHT, an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:26-cv-05373<br><br>**CHARTER COMMUNICATIONS, LLC'S NOTICE TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL** |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 15, 2026, Defendant Charter Communications, LLC filed a Notice of Removal in the United States District Court for the Central District of California, a copy of which is served upon you concurrently herewith.

**PLEASE ALSO TAKE NOTICE** that a copy of the Notice of Removal is being filed with a clerk of the Superior Court for the State of California, County of San Bernardino.

DATED: September 16, 2026

**THOMPSON COBURN LLP**

By: /s/ Kacey R. Riccomini

**KACEY R. RICCOMINI**
**EMILY R. LAPP**
Attorneys for Defendant, **CHARTER COMMUNICATIONS, LLC**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 500, Los Angeles, CA 90067.

On September 16, 2026, I served true copies of the following document(s) described as **CHARTER COMMUNICATIONS, LLC'S NOTICE TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address bgutierrez@thompsoncoburn.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 16, 2026, at Los Angeles, California.

/s/ Blanca M. Gutierrez
Blanca M. Gutierrez

## SERVICE LIST

| | |
|---|---|
| Laurel Employment Law<br>Asha J. Lopez<br>808 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90401<br>Tel: 323.551.9221<br>Fax: 310.564.4093<br>asha@laurelemploymentlaw.com | Attorney for Plaintiff<br>RAYMOND PLIEGO |