**THOMPSON COBURN LLP**
**KACEY R. RICCOMINI, CSB CA - 292340**
**kriccomini@thompsoncoburn.com**
**EMILY R. LAPP, CSB CA – 350051**
**elapp@thompsoncoburn.com**
**10100 Santa Monica Blvd., Suite 500**
**Los Angeles, California 90067**
**Tel: 310.282.2500 / Fax: 310.282.2501**

Attorneys for Defendant, **CHARTER COMMUNICATIONS, LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND PLIEGO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware Limited Liability Company; KISHA WRIGHT, an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:26-cv-05373-JDE<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 500, Los Angeles, CA 90067.

On September 23, 2026, I served true copies of the following document(s) described as **NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address bgutierrez@thompsoncoburn.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 23, 2026, at Los Angeles, California.

/s/ Blanca M. Gutierrez
Blanca M. Gutierrez

# SERVICE LIST

Laurel Employment Law
Asha J. Lopez
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Tel: 323.551.9221
Fax: 310.564.4093
asha@laurelemploymentlaw.com

Attorney for Plaintiff
RAYMOND PLIEGO